*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-0527**

IN RE PAUL GERARD WERSANT,
                    Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 480341**                    **DDN: 2024-D136**

BEFORE:    Easterly and Shanker, Associate Judges, and Washington, Senior Judge.

## O R D E R
(FILED – February 26, 2026)

On consideration of the opinion from the Supreme Court of Florida permanently revoking by consent respondent's license to practice law; this court's September 3, 2025, order maintaining respondent's suspension pending this matter's resolution and directing him to show cause why the functionally equivalent discipline of disbarment should not be imposed; and the statement of Disciplinary Counsel recommending that functionally equivalent discipline be imposed; and it appearing that respondent has not filed a response or his D.C. Bar. R. XI, § 14(g) affidavit, it is

ORDERED that Paul Gerard Wersant is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that exceptions to the rebuttable presumption in favor of identical reciprocal discipline should be rare); *In re Laibstain*, 841 A.2d 1259, 1263 (D.C. 2004) (per curiam) (explaining that the equivalent sanction for revocation is disbarment). It is

FURTHER ORDERED that, for purposes of reinstatement, respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**